# ENTRY ORDER

2024 VT 22

SUPREME COURT CASE NO. 24-AP-070

MARCH TERM, 2024

| | |
|---|---|
| In re Eva P. Vekos, Esq.<br>(Office of Disciplinary Counsel) | }  Original Jurisdiction<br>}<br>}  Professional Responsibility Board<br>}<br>} |

In the above-entitled cause, the Clerk will enter:

¶ 1.     Respondent was placed on interim suspension status on March 27, 2024, based on her failure to cooperate with Disciplinary Counsel "in connection with a disciplinary matter." V.R.Pr.C. 8.1(b).  See generally In re Vekos, 2024 VT 18, __ Vt. __, __ A.3d __ (mem.).  The Court found that respondent "knowingly fail[ed] to respond to a lawful demand for information from . . . [a] disciplinary authority" in violation of Rule 8.1(b), and that, due to her noncooperation, she "presently pose[d] a substantial threat of serious harm to the public."  A.O. 9, Rule 22(A); see Vekos, 2024 VT 18, ¶¶ 11-15.

¶ 2.     Respondent now moves for dissolution of the interim-suspension order under Administrative Order 9, Rule 22(D).  She asserts that she has cooperated with Disciplinary Counsel's requests for information and no longer presents a risk of harm to the public.  Disciplinary Counsel agrees that respondent has replied to his prior inquiries about the reasons, nature, and causes of her now-concluded medical leave.  Consequently, Disciplinary Counsel does not oppose respondent's request to dissolve the interim suspension.

¶ 3.     We grant the respondent's motion given her recent cooperation with Disciplinary Counsel.  As nothing remains pending in this Court, this matter is closed.

The motion for dissolution of respondent's interim-suspension order is granted.

BY THE COURT:

_____
Paul L. Reiber, Chief Justice

_____
Harold E. Eaton, Jr., Associate Justice

_____
Karen R. Carroll, Associate Justice

_____
William D. Cohen, Associate Justice

_____
Nancy J. Waples, Associate Justice